**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THE SIGN ADVANTAGE, INC. | § | Case No. 11-21705 |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/23/2011 . The undersigned trustee was appointed on 05/23/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 3,575.68

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 9.54 |
| Bank service fees | | 203.40 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 3,362.74 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/14/2011 and the deadline for filing governmental claims was 11/14/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 893.92 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 893.92 , for a total compensation of $ 893.92 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 44.98 , for total expenses of $ 44.98 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/16/2014 By: ______________________
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit A

Case No: 11-21705 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: THE SIGN ADVANTAGE, INC.

For Period Ending: 07/16/14

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 05/23/11 (f)
341(a) Meeting Date: 07/08/11
Claims Bar Date: 11/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PNC Bank- Debtor's checking account | 500.00 | 500.00 | | 0.00 | FA |
| 2. Green Dartmouth Partnership / landlord security de | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 3. List of inventory -- materials & supplies -- avai | 12,787.63 | 12,787.63 | | 2,500.00 | FA |
| 4. A/R Aging List available upon request | 2,200.21 | 2,200.21 | | 1,075.43 | FA |
| 5. Claim against Sue Chesler for funds alleged as con | 5,315.00 | 5,315.00 | | 0.00 | FA |
| 6. Voluminous list; available upon request | 0.00 | 0.00 | | 0.00 | FA |
| 7. 1999 Ford E250 | 900.00 | 900.00 | | 0.00 | FA |
| 8. Equipment list available upon request | 33,561.00 | 33,561.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.25 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $58,263.84 | $58,263.84 | | $3,575.68 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS COLLECTING RECEIVABLES AND SELLING PERSONAL PROPERTY. TRUSTEE HAS SOLD ASSETS. TRUSTEE TO COMMENCE PREPRATION OF FINAL REPORT SHORTLY - January 15, 2014. TRUSTEE HAS PREPARED HIS TFR, NFR AND RELATED DOCUMENTS WHICH ARE BEING SUBMITTED FOR REVIEW - July 15, 2014.

Initial Projected Date of Final Report (TFR): 06/30/13 Current Projected Date of Final Report (TFR): 05/31/14

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-21705 -ABG
Case Name: THE SIGN ADVANTAGE, INC.

Taxpayer ID No: *******9436
For Period Ending: 07/16/14

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******2150 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,540.24 | | 3,540.24 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.18 | 3,538.06 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.25 | 3,535.81 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.18 | 3,533.63 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.25 | 3,531.38 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,521.38 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 3.71 | 3,517.67 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,507.67 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,497.67 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,487.67 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,477.67 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,467.67 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,457.67 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,447.67 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,437.67 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,427.67 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,417.67 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,407.67 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,397.67 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,387.67 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 4.93 | 3,382.74 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,372.74 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 3,540.24 | 167.50 |

FORM 2

Page: 2

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-21705 -ABG
Case Name: THE SIGN ADVANTAGE, INC.

Taxpayer ID No: *******9436
For Period Ending: 07/16/14

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******2150 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,362.74 |

| | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 3,540.24 | 177.50 | 3,362.74 |
| Less: Bank Transfers/CD's | 3,540.24 | 0.00 | |
| Subtotal | 0.00 | 177.50 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 177.50 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 10.00 |

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-21705 -ABG
Case Name: THE SIGN ADVANTAGE, INC.

Taxpayer ID No: *******9436
For Period Ending: 07/16/14

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1883 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/11 | 4 | INDIAN TRAILS PUBLIC LIBRARY DISTRICT | ACCOUNT RECEIVABLE | 1121-000 | 450.00 | | 450.00 |
| 08/11/11 | 4 | BRIGHT LIGHT SIGN COMPANY | ACCOUNT RECEIVABLE | 1121-000 | 170.00 | | 620.00 |
| 08/11/11 | 4 | LIFESOURCE | ACCOUNT RECEIVABLE | 1121-000 | 80.00 | | 700.00 |
| 08/11/11 | 4 | HARTFORD INSURANCE | ACCOUNT RECEIVABLE | 1121-000 | 235.48 | | 935.48 |
| 08/11/11 | 4 | HARTFORD INSURANCE | ACCOUNT RECEIVABLE | 1121-000 | 139.95 | | 1,075.43 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,075.44 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,075.45 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.37 | 1,074.08 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,074.09 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.32 | 1,072.77 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,072.78 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.32 | 1,071.46 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,071.47 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.41 | 1,070.06 |
| 02/14/12 | 3 | DAVID & ALYSE GREEN | Sale proceeds | 1129-000 | 2,500.00 | | 3,570.06 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,570.08 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.60 | 3,567.48 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 0.90 | 3,566.58 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,566.61 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.39 | 3,562.22 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,562.25 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.53 | 3,557.72 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,557.75 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.52 | 3,553.23 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,553.26 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.22 | 3,549.04 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,549.07 |

Page Subtotals 3,575.65 26.58

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-21705 -ABG
Case Name: THE SIGN ADVANTAGE, INC.

Taxpayer ID No: *******9436
For Period Ending: 07/16/14

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1883 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.65 | 3,544.42 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,544.45 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 4.21 | 3,540.24 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,540.24 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 3,575.68 | 3,575.68 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,540.24 | |
| Subtotal | 3,575.68 | 35.44 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,575.68 | 35.44 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2150 | 0.00 | 177.50 | 3,362.74 |
| Money Market Account (Interest Earn - ********1883 | 3,575.68 | 35.44 | 0.00 |
| | 3,575.68 | 212.94 | 3,362.74 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.03 | 3,549.10 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 05, 2014

Case Number: 11-21705
Debtor Name: THE SIGN ADVANTAGE, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $938.90 | $938.90 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison St.<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,517.25 | $1,517.25 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $9.54 | $9.54 |
| 000002A<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $0.00 | $21.53 | $21.53 |
| 000008A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $2,245.14 | $2,245.14 |
| 000009<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $137.71 | $137.71 |
| 000001<br>070<br>7100-00 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilimington, DE 19850-5145 | Unsecured | | $0.00 | $22,073.02 | $22,073.02 |
| 000002B<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $0.00 | $50.00 | $50.00 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $9,374.50 | $9,374.50 |
| 000004<br>070<br>7100-00 | Real Neon, Inc.<br>113 W. Official Rd.<br>Addison, IL 60101 | Unsecured | | $0.00 | $9,773.00 | $9,773.00 |
| 000005<br>070<br>7100-00 | Signmojo.Com<br>2156 Amnicola Hwy.<br>Chattanooga, TN 37406 | Unsecured | | $0.00 | $414.27 | $414.27 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 05, 2014

Case Number: 11-21705
Debtor Name: THE SIGN ADVANTAGE, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006<br>070<br>7100-00 | Green Dartmouth Partnership<br>c/o Joel Polisky & Jeff Gansberg<br>Much Shelist, et.al.<br>191 N. Wacker Drive, #1800<br>Chicago, IL 60606 | Unsecured | | $0.00 | $42,050.33 | $42,050.33 |
| 000007<br>070<br>7100-00 | Equinox Collection Services<br>5087 S. Garnett Rd., Ste. L<br>Tulsa, OK 74146 | Unsecured | | $0.00 | $1,352.60 | $1,352.60 |
| | Case Totals: | | | $0.00 | $89,957.79 | $89,957.79 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-21705
Case Name: THE SIGN ADVANTAGE, INC.
Trustee Name: JOSEPH E. COHEN

| | | |
|---|---|---|
| Balance on hand | $ | 3,362.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 893.92 | $ 0.00 | $ 893.92 |
| Trustee Expenses: JOSEPH E. COHEN | $ 44.98 | $ 0.00 | $ 44.98 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 1,517.25 | $ 0.00 | $ 1,517.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 9.54 | $ 9.54 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,456.15 |
| Remaining Balance | $ | 906.59 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,404.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ 21.53 | $ 0.00 | $ 8.12 |
| 000008A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 2,245.14 | $ 0.00 | $ 846.55 |
| 000009 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 137.71 | $ 0.00 | $ 51.92 |

Total to be paid to priority creditors $ 906.59

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,087.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA NA P.O. Box 15145 Wilimington, DE 19850-5145 | $ 22,073.02 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ 50.00 | $ 0.00 | $ 0.00 |
| 000003 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 9,374.50 | $ 0.00 | $ 0.00 |
| 000004 | Real Neon, Inc. 113 W. Official Rd. Addison, IL 60101 | $ 9,773.00 | $ 0.00 | $ 0.00 |
| 000005 | Signmojo.Com 2156 Amnicola Hwy. Chattanooga, TN 37406 | $ 414.27 | $ 0.00 | $ 0.00 |
| 000006 | Green Dartmouth Partnership c/o Joel Polisky & Jeff Gansberg Much Shelist, et.al. 191 N. Wacker Drive, #1800 Chicago, IL 60606 | $ 42,050.33 | $ 0.00 | $ 0.00 |
| 000007 | Equinox Collection Services 5087 S. Garnett Rd., Ste. L Tulsa, OK 74146 | $ 1,352.60 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE