## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THE SIGN ADVANTAGE, INC. | § | Case No. 11-21705 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF BANKRUPTCY COURT
          219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 09/12/2014 in Courtroom ,

          North Branch Court
          1792 Nicole Lane
          Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: _____
                                                          Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
THE SIGN ADVANTAGE, INC.  §   Case No. 11-21705
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,575.68 |
| and approved disbursements of | $ | 212.94 |
| leaving a balance on hand of[1] | $ | 3,362.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 893.92 | $ 0.00 | $ 893.92 |
| Trustee Expenses: JOSEPH E. COHEN | $ 44.98 | $ 0.00 | $ 44.98 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 1,517.25 | $ 0.00 | $ 1,517.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 9.54 | $ 9.54 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,456.15 |
| Remaining Balance | | $ | 906.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,404.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ 21.53 | $ 0.00 | $ 8.12 |
| 000008A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 2,245.14 | $ 0.00 | $ 846.55 |
| 000009 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 137.71 | $ 0.00 | $ 51.92 |
| | Total to be paid to priority creditors | | $ | 906.59 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,087.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilimington, DE 19850-5145 | $ 22,073.02 | $ 0.00 | $ 0.00 |
| 000002B | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ 50.00 | $ 0.00 | $ 0.00 |
| 000003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 9,374.50 | $ 0.00 | $ 0.00 |
| 000004 | Real Neon, Inc.<br>113 W. Official Rd.<br>Addison, IL 60101 | $ 9,773.00 | $ 0.00 | $ 0.00 |
| 000005 | Signmojo.Com<br>2156 Amnicola Hwy.<br>Chattanooga, TN 37406 | $ 414.27 | $ 0.00 | $ 0.00 |
| 000006 | Green Dartmouth Partnership<br>c/o Joel Polisky & Jeff Gansberg<br>Much Shelist, et.al.<br>191 N. Wacker Drive, #1800<br>Chicago, IL 60606 | $ 42,050.33 | $ 0.00 | $ 0.00 |
| 000007 | Equinox Collection Services<br>5087 S. Garnett Rd., Ste. L<br>Tulsa, OK 74146 | $ 1,352.60 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    0.00

Remaining Balance    $    0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/JOSEPH E. COHEN
                              TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 11-21705-ABG
The Sign Advantage, Inc.                                                Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina              Page 1 of 2                  Date Rcvd: Aug 11, 2014
                              Form ID: pdf006            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2014.
db            +The Sign Advantage, Inc.,    510 Checker Drive,    Buffalo Grove, IL 60089-1646
17309366      +All Signs Direct,    38 Washington Street,    West Orange, NJ 07052-5533
17309367      +American Express,    Box 0001,   Los Angeles, CA 90096-8000
17793380       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17309368      +Axis Capital,    PO Box 979285,   Miami, FL 33197-9285
17309369      +Capital One Bank,    PO Box 6492,   Carol Stream, IL 60197-6492
17728747       Chase Bank USA NA,    P.O. Box 15145,   Wilimington, DE 19850-5145
17309370      +Creditor Recovery Systems, Inc.,     212 W. St. Charles Rd.,    Villa Park, IL 60181-2401
17309371      +Dex One,    PO Box 9001401,   Louisville, KY 40290-1401
17309372       Equinox Collection Services,    5087 S. Garnett Rd., Ste. L,    Tulsa, OK  74146
17309374      +Fellers, Inc.,    PO Box 875540,   Kansas City, MO 64187-5540
17309375      +Festivity Resources,    PO Box 1305,    Elk Grove, IL 60009-1305
17309377      +GM Business Card,    Cardmember Services,    PO Box 15153,   Wilmington, DE 19886-5153
18033159      +Green Dartmouth Partnership,    c/o Joel Polisky & Jeff Gansberg,    Much Shelist, et.al.,
                191 N. Wacker Drive, #1800,    Chicago, IL 60606-1631
18033157      +Green Dartmouth Partnership,    c/o Jole Polisky & Jeff Gansberg,    Much Shelist, et.al.,
                191 N. Wacker Drive, #1800,    Chicago, IL 60606-1631
17309378      +Green Dartmouth Partnership,    PO Box 6022,    Wilmette, IL 60091-6022
17309379      +Grimco,   1585 Fencorp Drive,    Fenton, MO 63026-2942
17309380       Illinois Department Of Revenue,    Retailers Occupation Tax,    Springfield, IL  62796-0001
17770766      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
18054465       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL  60664-0338
17309381      +Letters, Etc.,    17845 Sky Park Circle, Ste. H,    Irvine, CA 92614-6112
17309383      +PNC Bank,    PO Box 856177,   Louisville, KY 40285-6177
17309384      +Proveer USA, LLC,    1193 N. Ellsworth Avenue,    Villa Park, IL 60181-1040
17309385      +Quill Corporation,    PO Box 37600,   Philadelphia, PA 19101-0600
17309365       Randall A Wolff,    3325 N Arlington Hts Rd Ste 500,    Arlington Heights, IL  60004-1584
17309386      +Real Neon, Inc.,    113 W. Official Rd.,    Addison, IL 60101-4520
17309387      +Safeguard Business Systems,    PO Box 88043,   Chicago, IL 60680-1043
17309388      +Signmojo.Com,    2156 Amnicola Hwy.,   Chattanooga, TN 37406-2305
17309389      +The Hartford,    301 Woods Park Drive,    Clinton, NY 13323-1139
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17309376      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Aug 12 2014 01:17:13      First Midwest Bank,
                One Pierce Place, Ste. 1500,    Itasca, IL 60143-1254
17309382      +E-mail/Text: bankrup@aglresources.com Aug 12 2014 01:15:07      Nicor,    PO Box 0632,
                Aurora, IL 60507-0632
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17309364*    +The Sign Advantage Inc,    510 Checker Drive,    Buffalo Grove, IL 60089-1646
17309373    ##+Eric Grossman,    Graphic Alliance,    701 Dartmouth Lane,    Buffalo Grove, IL 60089-6902
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: nmolina              Page 2 of 2                  Date Rcvd: Aug 11, 2014
                              Form ID: pdf006            Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2014 at the address(es) listed below:

```
          Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
          Jeffrey L. Gansberg    on behalf of Creditor    Green-Dartmouth Limited Partnership
           jgansberg@muchshelist.com,   nsulak@muchshelist.com
          Joseph E Cohen    jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph E Cohen, Tr.    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Randall A Wolff    on behalf of Debtor    The Sign Advantage, Inc. rwolfflaw@sbcglobal.net,
           rawjanet@sbcglobal.net
                                                                                             TOTAL: 8
```