UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
THE SIGN ADVANTAGE, INC. § Case No. 11-21705
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on              . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | First Midwest Bank One Pierce Place, Ste. 1500 Itasca, IL  60143 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank One Pierce Place, Ste. 1500 Itasca, IL 60143 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department Of Revenue Retailers Occupation Tax Springfield, IL 62796-0001 | | | | | |
| 000002A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000008A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000009 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | All Signs Direct 38 Washington Street West Orange, NJ  07052 | | | | | |
| | American Express Box 0001 Los Angeles, CA  90096 | | | | | |
| | Axis Capital PO Box 979285 Miami, FL  33197 | | | | | |
| | Capital One Bank PO Box 6492 Carol Stream, IL  60197 | | | | | |
| | Creditor Recovery Systems, Inc. 212 W. St. Charles Rd. Villa Park, IL  60181 | | | | | |
| | Dex One PO Box 9001401 Louisville, KY  40290 | | | | | |
| | Equinox Collection Services 5087 S. Garnett Rd., Ste. L Tulsa, OK  74146 | | | | | |
| | Fellers, Inc. PO Box 875540 Kansas City, MO  64187 | | | | | |
| | Festivity Resources PO Box 1305 Elk Grove, IL  60009 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GM Business Card Cardmember Services PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Grimco 1585 Fencorp Drive Fenton, MO  63026 | | | | | |
| | Letters, Etc. 17845 Sky Park Circle, Ste. H Irvine, CA 92614 | | | | | |
| | Nicor PO Box 0632 Aurora, IL  60507 | | | | | |
| | PNC Bank PO Box 856177 Louisville, KY  40285 | | | | | |
| | Proveer USA, LLC 1193 N. Ellsworth Avenue Villa Park, IL  60181 | | | | | |
| | Quill Corporation PO Box 37600 Philadelphia, PA 19101 | | | | | |
| | Real Neon, Inc. 113 W. Official Rd. Addison, IL 60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Safeguard Business Systems PO Box 88043 Chicago, IL 60680 | | | | | |
| | Signmojo.Com 2156 Amnicola Hwy. Chattanooga, TN 37406 | | | | | |
| | The Hartford 301 Woods Park Drive Clinton, NY 13323 | | | | | |
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | CHASE BANK USA NA | | | | | |
| 000007 | EQUINOX COLLECTION SERVICES | | | | | |
| 000006 | GREEN DARTMOUTH PARTNERSHIP | | | | | |
| 000002B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000004 | REAL NEON, INC. | | | | | |
| 000005 | SIGNMOJO.COM | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-21705  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | THE SIGN ADVANTAGE, INC. | Date Filed (f) or Converted (c): | 05/23/11 (f) |
| | | 341(a) Meeting Date: | 07/08/11 |
| For Period Ending: | 02/02/15 | Claims Bar Date: | 11/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PNC Bank- Debtor's checking account | 500.00 | 500.00 | | 0.00 | FA |
| 2. Green Dartmouth Partnership / landlord security de | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 3. List of inventory -- materials & supplies -- avai | 12,787.63 | 12,787.63 | | 2,500.00 | FA |
| 4. A/R Aging List available upon request | 2,200.21 | 2,200.21 | | 1,075.43 | FA |
| 5. Claim against Sue Chesler for funds alleged as con | 5,315.00 | 5,315.00 | | 0.00 | FA |
| 6. Voluminous list; available upon request | 0.00 | 0.00 | | 0.00 | FA |
| 7. 1999 Ford E250 | 900.00 | 900.00 | | 0.00 | FA |
| 8. Equipment list available upon request | 33,561.00 | 33,561.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.25 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $58,263.84 | $58,263.84 | | $3,575.68 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS DEPOSITING UNCLAIMED FUNDS WITH THE BK COURT - Jan. 17, 2015.  TRUSTEE IS COLLECTING RECEIVABLES AND SELLING

PERSONAL PROPERTY.  TRUSTEE HAS SOLD ASSETS.  TRUSTEE TO COMMENCE PREPRATION OF FINAL REPORT SHORTLY - January 15, 2014.

TRUSTEE IS PREPARING HIS TFR, NFR AND RELATED DOCUMENTS WHICH WILL BE SUBMITTED FOR REVIEW - April 30, 2014. SAME -

July 17, 2014.  TFR FILED WITH COURT - Oct. 25, 2015.

Initial Projected Date of Final Report (TFR): 06/30/13      Current Projected Date of Final Report (TFR): 05/31/14

LFORM1    Ver: 18.04

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-21705 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | THE SIGN ADVANTAGE, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2150 Checking Account |
| Taxpayer ID No: | *******9436 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,540.24 | | 3,540.24 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.18 | 3,538.06 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.25 | 3,535.81 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.18 | 3,533.63 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.25 | 3,531.38 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,521.38 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 3.71 | 3,517.67 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,507.67 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,497.67 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,487.67 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,477.67 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,467.67 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,457.67 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,447.67 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,437.67 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,427.67 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,417.67 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,407.67 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,397.67 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,387.67 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 4.93 | 3,382.74 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,372.74 |

Page Subtotals    3,540.24    167.50

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-21705 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | THE SIGN ADVANTAGE, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2150  Checking Account |
| Taxpayer ID No: | *******9436 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,362.74 |
| 09/15/14 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 938.90 | 2,423.84 |
| | | | Fees         893.92 | 2100-000 | | | |
| | | | Expenses      44.98 | 2200-000 | | | |
| 09/15/14 | 300004 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison St.<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,011.50 | 1,412.34 |
| 09/15/14 | 300005 | JOSEPH E. COHEN, ATTORNEY<br>105 W. Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 505.75 | 906.59 |
| 09/15/14 | 300006 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Claim 000002A, Payment 37.71482%<br>(2-1) Unemployment tax | 5800-000 | | 8.12 | 898.47 |
| 09/15/14 | 300007 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000008A, Payment 37.70589% | 5800-000 | | 846.55 | 51.92 |
| * 09/15/14 | 300008 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000009, Payment 37.70242% | 5800-003 | | 51.92 | 0.00 |
| * 01/28/15 | 300008 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000009, Payment 37.70242% | 5800-003 | | -51.92 | 51.92 |
| 01/28/15 | 300009 | United States Bankruptcy Court | Claim 000009, Payment 37.70242% | 5800-001 | | 51.92 | 0.00 |

Page Subtotals     0.00     3,372.74

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-21705 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | THE SIGN ADVANTAGE, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2150  Checking Account |
| Taxpayer ID No: | *******9436 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,540.24 | 3,540.24 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 3,540.24 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,540.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 3,540.24 | |

Page Subtotals          0.00          0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-21705 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | THE SIGN ADVANTAGE, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1883  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9436 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/11 | 4 | INDIAN TRAILS PUBLIC LIBRARY DISTRICT | ACCOUNT RECEIVABLE | 1121-000 | 450.00 | | 450.00 |
| 08/11/11 | 4 | BRIGHT LIGHT SIGN COMPANY | ACCOUNT RECEIVABLE | 1121-000 | 170.00 | | 620.00 |
| 08/11/11 | 4 | LIFESOURCE | ACCOUNT RECEIVABLE | 1121-000 | 80.00 | | 700.00 |
| 08/11/11 | 4 | HARTFORD INSURANCE | ACCOUNT RECEIVABLE | 1121-000 | 235.48 | | 935.48 |
| 08/11/11 | 4 | HARTFORD INSURANCE | ACCOUNT RECEIVABLE | 1121-000 | 139.95 | | 1,075.43 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,075.44 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,075.45 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.37 | 1,074.08 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,074.09 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.32 | 1,072.77 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,072.78 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.32 | 1,071.46 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,071.47 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.41 | 1,070.06 |
| 02/14/12 | 3 | DAVID & ALYSE GREEN | Sale proceeds | 1129-000 | 2,500.00 | | 3,570.06 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,570.08 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.60 | 3,567.48 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 0.90 | 3,566.58 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,566.61 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.39 | 3,562.22 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,562.25 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.53 | 3,557.72 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,557.75 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.52 | 3,553.23 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,553.26 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.22 | 3,549.04 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,549.07 |
| | | | Page Subtotals | | 3,575.65 | 26.58 | |

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-21705 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | THE SIGN ADVANTAGE, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1883  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9436 | | |
| For Period Ending: | 02/02/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.65 | 3,544.42 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,544.45 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 4.21 | 3,540.24 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,540.24 | 0.00 |

|  |  | COLUMN TOTALS | 3,575.68 | 3,575.68 | 0.00 |
| --- | --- | --- | --- | --- | --- |
|  |  | Less:  Bank Transfers/CD's | 0.00 | 3,540.24 | |
|  |  | Subtotal | 3,575.68 | 35.44 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 3,575.68 | 35.44 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********2150 | 0.00 | 3,540.24 | 0.00 |
| Money Market Account (Interest Earn - ********1883 | 3,575.68 | 35.44 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 3,575.68 | 3,575.68 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.03         3,549.10

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)